UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 13-6429-GHK (PJWx) | Date | September 30, 2014 |
|---|---|---|---|
| Title | *Raquel Chavez v. Wal-mart Stores, Inc.* | | |

| **Presiding: The Honorable** | **GEORGE H. KING, CHIEF U. S. DISTRICT JUDGE** | |
|---|---|---|
| Beatrice Herrera | N/A | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None | None |

**Proceedings:**     **(In Chambers) Order to Show Cause Re:** Wal-Mart Stores, Inc.'s Application to File Under Seal Plaintiff's Engagement Letter in Connection with Motion for Attorneys' Fees and Costs [Dkt. 61]

On September 29, 2014, Defendant Wal-Mart Stores, Inc. ("Walmart") filed the above-captioned Application to File under Seal ("Application"). Walmart filed the Application pursuant to Local Rule 79-5.1 and the Parties' Stipulated Protective Order (Dkt. 50). However, Walmart actually urges us to deny the Application because it does not believe the document should be sealed. Accordingly, we order Plaintiff Raquel Chavez to show cause, in writing, **within seven (7) days hereof** why this document should be filed under seal. Pursuant to Local Rule 7-12, failure to comply with this order will be deemed consent to the public filing of this document.

**IT IS SO ORDERED.**

|  | -- | : | -- |
|---|---|---|---|
|  | Initials of Deputy Clerk | | Bea |