JS - 6
**FILED: 11/17/14**

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Raquel Chavez,** | **CASE NO. CV 13-6429-GHK (PJWx)** |
| **Plaintiffs,** | |
| v. | **JUDGMENT** |
| **Wal-Mart Stores, Inc.,** | |
| **Defendants.** | |

    Based on our November 13, 2014 Order, **IT IS HEREBY ADJUDGED** that all claims asserted by Plaintiff Raquel Chavez against Wal-Mart Stores, Inc. are **DISMISSED with prejudice**. Plaintiff shall take nothing by this complaint.

    **IT IS SO ORDERED**.

DATED: November 17, 2014

_____
GEORGE H. KING
United States District Judge